UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**THE IPE CLIP FASTENER COMPANY, LLC,**

      **Plaintiff,**

v.                          Case No.: Case 8:17-cv-00256-SDM-AEP

**ALLEN'S TRADING COMPANY, LLC**

      **Defendant.**

_____/

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff The Ipe Clip Fastener Company, LLC, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby gives notice that the above-captioned action against Defendant Allen's Trading Company, LLC is voluntarily dismissed. Defendant has not answered the Complaint nor filed a motion for summary judgment. Therefore, dismissal of the action is permitted by Rule 41(a)(1)(A)(i) without a Court Order.

DATED:      July 7, 2017
                Buffalo, New York

                                      Respectfully submitted,

                                      /s/ Jennifer L. Friedman
                                      Jennifer L. Friedman
                                      Schröder, Joseph & Associates, LLP
                                      Attorneys for Plaintiff
                                      392 Pearl Street, Suite 301
                                      Buffalo, New York 14202
                                      (716) 881-4900 Phone
                                      (716) 881-4909 Fax
                                      jfriedman@sjalegal.com

                                      J. Todd Timmerman, Trial Counsel
                                      Florida Bar No. 0956058
                                      ttimmerman@slk-law.com

Mindi M. Richter  
Florida Bar No. 0044827  
mrichter@slk-law.com  
Jeffrey B. Fabian  
Florida Bar No. 0085868  
jfabian@slk-law.com  
Shumaker, Loop & Kendrick, LLP  
101 East Kennedy Boulevard  
Suite 2800  
Tampa, Florida 33602  
Telephone No.: (813) 229-7600  
Facsimile No.: (813) 229-1660  

*Attorneys for Plaintiff, The Ipe Clip Fastener Company, LLC*