UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IPE CLIP FASTENER
COMPANY, LLC,

    Plaintiff,

v.                                              CASE NO. 8:17-cv-256-T-23AEP

ALLEN'S TRADING
COMPANY, LLC,

    Defendant.
_____/

## **ORDER**

    In accord with the plaintiff's notice (Doc. 9), the action is **DISMISSED** under Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure. The clerk is directed to close the case.

    ORDERED in Tampa, Florida, on July 11, 2017.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE